**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MINNEAPOLIS BREWING COMPANY.**

No. 12386.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Faegre & Benson and Nichols, Mullin & Farnand, all of Minneapolis, Minn., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SMITH BROTHERS MFG. CO.**

No. 12394.

Circuit Court of Appeals, Eighth Circuit.

Aug. 24, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

John H. Flanigan, of Carthage, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

**Patrick E. MURPHY, Appellant, v. UNITED STATES of America.**

No. 12325.

Circuit Court of Appeals, Eighth Circuit.

Aug. 20, 1942.

Clay C. Rogers, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard H. Musser, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this Court for lack of jurisdiction, on motion of appellee.

**Clarence M. ROBINS, Appellant, v. UNITED STATES of America.**

No. 12338.

Circuit Court of Appeals, Eighth Circuit.

Aug. 27, 1942.

Rene J. Lusser, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and David M. Robinson, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Motion of appellee to dismiss appeal from United States District Court granted and appeal dismissed.